# Office of the Sheriff



Shelley Ruhl
Real Estate Deputy

David B. Dowling
Solicitor

Jack Duignan
Chief Deputy

Dauphin County
101 Market Street
Harrisburg, Pennsylvania 17101-2079
ph: (717) 780-6590 fax: (717) 780-6557

Nicholas Chimienti Jr.
Sheriff

**Commonwealth of Pennsylvania**     :     WILLIAM VINCI, LINDA VINCI, AND TNF GEAR, INC.

                                              VS

**County of Dauphin**     :     V.F. CORP.

Sheriff's Return
No. 2017-T-1611
OTHER COUNTY NO. 2:17-CV-91

And now: MAY 31, 2017 at 9:50:00 AM served the within SUMMONS & COMPLAINT upon V.F. CORP. by personally handing to KELVIN KLEMM (CUSTOMER SERVICE ASSOCIATE) 1 true attested copy of the original SUMMONS & COMPLAINT and making known to him/her the contents thereof at C/O CSC, 2595 INTERSTATE DRIVE, SUITE 103 HARRISBURG PA 17110

Sworn and subscribed to
before me this 1ST day of June, 2017

So Answers,

_(signature)_

Sheriff of Dauphin County, Pa.

By _(signature)_
Deputy Sheriff
Deputy: PAUL R LEGGORE, JR
Sheriff's Costs: $47.25  5/30/2017

_(signature: Karen M Hoffman)_

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
Karen M. Hoffman, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires January 8, 2018