1  **BOIES SCHILLER FLEXNER LLP**
   MICHAEL D. ROTH, State Bar No. 217464
2    *mroth@bsfllp.com*
   JASON C. PANG, State Bar No. 296043
3    *jpang@bsfllp.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for VF OUTDOOR, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TNF GEAR, INC, <br><br> Plaintiff, <br><br> v. <br><br> VF OUTDOOR, LLC, <br><br> Defendant. | Case No. 3:18-cv-00253-JSC <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF VF OUTDOOR, LLC FOR ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** <br><br> [Administrative Motion for Order Permitting Withdrawal and Substitution of Counsel and Declaration of Jason C. Pang Filed Herewith] |

**[PROPOSED] ORDER**

Having reviewed and considered Defendant VF Outdoor, LLC's Administrative Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that R. Jeffrey Behm of Sheehey Furlong & Behm PC be permitted to withdraw as counsel of record, and Michael D. Roth and Jason C. Pang of Boies Schiller Flexner LLP may substitute in as counsel of record for VF Outdoor, LLC. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED**.

DATED: ~~January 31, 2018~~        By  *Jacqueline Scott Corley*
  February 1, 2018                       The Hon. Jacqueline Scott Corley